Alonzo GREEN

v.

STATE

CR-13-0392

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

Michael Keith WINCHESTER

v.

STATE

CR-13-0479

Court of Criminal Appeals of Alabama.

03/06/2015

Reh. denied 03/20/2015

Affirmed

Jess Wendell COLSON II

v.

STATE

CR-13-0431

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

Larry G. COKER

v.

STATE

CR-13-0504

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed